# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2012

Robert P. Young, Jr.,
Chief Justice

145103

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GRIEVANCE ADMINISTRATOR,
   Petitioner-Appellee,

v

KAREN K. PLANTS,
   Respondent-Appellant.

SC: 145103
ADB: 11-000027-AI;
   11-000055-JC

_____/

   On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2012

_____
Clerk

p1024